# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOUIS FASULLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 08-cv-583-JPG |
| ) | |
| PEOPLE of the UNITED STATES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

Plaintiff, currently a prisoner in the Stateville Correctional Center, has filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. He also seeks to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

A prisoner may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Section 1915(g) requires that this Court consider prisoner actions dismissed prior to, as well as after, the PLRA's enactment. *See Evans v. I.D.O.C.,* 150 F.3d 810, 811 (7th Cir. 1998); *Abdul-Wadood v. Nathan,* 91 F.3d 1023 (7th Cir. 1996).

Plaintiff has had at least three prior prisoner actions dismissed in this District on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. *See,*

*e.g., Fasullo v. Fasullo*, Case No. 06-cv-404-GPM (S.D. Ill., dismissed as frivolous, Dec. 12, 2006); *Fasullo v. Fasullo*, Case No. 07-cv-100-MJR (S.D. Ill., dismissed as frivolous, Feb. 14, 2007); *Fasullo v. People of the United States,* Case No. 06-cv-835-MJR (S.D. Ill., dismissed as frivolous, March 26, 2007); *Fasullo v. People of the United States*, Case No. 07-cv-116-MJR (S.D. Ill., dismissed as frivolous, March 26, 2007). Further, the allegations in the instant complaint do not show that Plaintiff is under imminent danger of serious physical injury.

**IT IS THEREFORE ORDERED** that the motion for leave to proceed *in forma pauperis* is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff shall pay the full filing fee of $350 for this action within **FIFTEEN (15) DAYS** of the entry of this Order.

**IT IS FURTHER ORDERED** that if Plaintiff does not comply with this Order in the time allotted, this case will be closed for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**

**Dated: September 8, 2008.**

                                                             **s/ J. Phil Gilbert**
                                                             **U. S. District Judge**