**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

LOUIS FASULLO,                    )
                                 )
    Plaintiff,       )
                                 )
vs.                              )  **CIVIL NO. 08-cv-583-JPG**
                                 )
PEOPLE of the UNITED STATES, *et al.,*  )
                                 )
    Defendants.      )

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

  Because Plaintiff has had at least three prior prisoner actions dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, the Court denied his motion for leave to proceed *in forma pauperis* and directed him to pay the full filing fee of $350 for this action within fifteen (15) days (*see* Doc. 6).  Instead of paying that fee, Plaintiff has filed three motions: a new motion for leave to proceed *in forma pauperis* (Doc. 7), and two motions seeking a hearing (Docs. 8, 9).  All three of these motions are **DENIED**.

  Because Plaintiff has not complied with the Court's order in the time allotted, this case is **DISMISSED** for failure to pay the filing fee and for failure to comply with an order of this Court.  FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

  **IT IS SO ORDERED.**

  **Dated:  September 29, 2008.**

           **s/ J. Phil Gilbert**
           **U. S. District Judge**