# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOUIS FASULLO, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 08-cv-583-JPG |
| PEOPLE of the UNITED STATES, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

The Court denied Plaintiff's motion for leave to proceed in forma pauperis, finding that he has accumulated more than three strikes. Now before the Court is Plaintiff's motion for free copies of his complaint (Doc. 13). Because he has not been allowed to proceed as a pauper in this action, he is not entitled to free copies. Thus, this motion is **DENIED**.

Plaintiff has also filed a motion for summary judgment and notice of hearing (Doc. 19). Because this case is closed, this motion is **MOOT**.

**IT IS SO ORDERED.**

**Dated: March 13, 2009.**

                                                       s/ J. Phil Gilbert
                                                       U. S. District Judge