**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**


| | | |
|---|---|---|
| **LOUIS FASULLO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 08-cv-583-JPG** |
| | ) | |
| **PEOPLE of the UNITED STATES,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |


**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

Before the Court is Plaintiff's motion for a hearing and to address the Court (Doc. 23).

Because this case is closed, this motion is **DENIED as MOOT**.

Plaintiff shall not file any further pleadings in this action. The Clerk is **DIRECTED** to

return to Plaintiff **UNFILED** any further pleadings submitted in this case by him or on his behalf.

**IT IS SO ORDERED.**

**Dated: July 16, 2009.**


   **s/ J. Phil Gilbert**
   **U. S. District Judge**